UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACOB BAILEY #930092,

    Plaintiff,

v.

    Case No. 1:23-cv-57

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: August 12, 2024

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge